**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARCADIO CARRERA-FLORES,

Defendant.

Criminal No. 25-448 (1) (JRT/LIB)

**FINAL ORDER OF FORFEITURE**

---

Plaintiff the United States of America seeks a final order of forfeiture in the above-captioned case. (Mot. Final Order of Forfeiture, Sept. 21, 2026, Docket No. 50.)

On March 18, 2026, the Court entered a Preliminary Order of Forfeiture that forfeited a Glock 43X handgun bearing serial number BXCL886 with a Trijicon RMR and a Stream Light TRL-7 Sub flashlight attached to it ("the Firearm") and any ammunition and magazines seized therewith ("the Magazines and Ammunition") (collectively, "the Property"), to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). (Docket No. 30.)

Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 20, 2026, providing notice of the United States' intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first

date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property. (Decl. of Publication, May 20, 2026, Docket No. 47.)

Plaintiff sent a written Notice of Forfeiture to R. Henderson, and on or about March 31, 2026, Petitioner R. Henderson sent a Petition to the United States through which he asserted that he had a prior vested interest in the Firearm and requested its return. (Docket No. 48.) On September 18, 2026, the United States and Petitioner entered into a Stipulation through which the parties agreed that the United States would return the Firearm to Petitioner upon the completion of all criminal proceedings in this case, including any appeal, which shall be in full and final settlement and satisfaction of all claims by the Petitioner arising from the seizure, detention and forfeiture of the Property. (Docket No. 50.)

No other party has made any claim or declared any interest in the Firearm, and the time for filing a petition has expired pursuant to 21 U.S.C. § 853(n)(2).

The Court will, therefore, approve the Stipulation of Settlement between the United States and Petitioner R. Henderson and will grant the United States' Motion for a Final Order of Forfeiture.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Stipulation of Settlement between the United States and Petitioner R. Henderson (Docket No. [49]) is **APPROVED**.

2. The United States' Motion for a Final Order of Forfeiture (Docket No. [50]) is **GRANTED**;

3. The United States shall dispose of the Firearm in the manner set forth in the Stipulation between the United States and Petitioner R. Henderson (Docket No. [49]);

4. All right, title and interest in the Magazines and Ammunition are hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

5. The United States shall dispose of the Magazines and Ammunition in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 3, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge